IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :
                             :
        v.                   : Case No. 3:16-cr-14-KRG-KAP
TRENTON STEHLEY,             : (Case No. 3:19-cv-28-KRG-KAP)
        Movant               :

<u>Order</u>

This matter was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on November 13, 2020, ECF no. 75, recommending that the motion to vacate at ECF no. 64 be denied and that no certificate of appealability be issued.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1) they had fourteen days to file written objections to the Report and Recommendation. Although movant filed objections at ECF no. 67 to the previous Report and Recommendation at ECF no. 66, no objections to the current Report and Recommendation have been filed and the time to do so has expired.

After *de novo* review of objections at ECF no. 67 and after review of the Report and Recommendation at ECF no. 75 under the "reasoned consideration" standard, see <u>EEOC v. City of Long Branch</u>, 866 F.3d 93, 100 (3d Cir.2017)(standard of review when no timely and specific objections are filed), the following order is

1

entered:

AND NOW, this 16th day of December 2020, it is ORDERED that the motion to vacate at ECF no. 64 is denied. No certificate of appealability is issued. The Report and Recommendation at ECF no. 75 is adopted as the opinion of the Court. The Clerk shall mark the civil matter closed.

BY THE COURT:

_____
KIM R. GIBSON
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

    Trenton Stehley, Reg. No. 38101-068
    F.C.I. Loretto
    P.O. Box 1000
    Cresson, PA 16630